UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18CR241 |
| ) | |
| DUSTIN L. SNIDER, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR RELEASE OF SURETY

On February 13, 2019, defendant Dustin L. Snider appeared before the Court for his initial appearance following his arrest on the charge of receipt of a firearm by a person under indictment. The defendant appeared with counsel, Dennis O'Brien. The Court set bond in the amount of $20,000.00, to be secured by a deposit of $2,000.00

On that same date, Angela D. Doonan posted the $2,000.00 security so that the defendant could be released from custody. Ms. Doonan has now had a change of heart and has requested that the Court allow her to come off of the bond, to no longer serve as surety, and to have the security she posted plus any accrued interest returned to her.

The Clerk is hereby directed to release Ms. Doonan from the bond, effective this date. The Clerk shall return the posted security plus any accrued interest to Ms. Doonan.

SO ORDERED this 19th day of February, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA